UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

       Plaintiff,

v.

KRISTINE R. BROTHERTON, LEZLIE L.
MANZER-LOOMIS, and RUTH A.
MANZER,

       Defendants.

and

RUTH A. MANZER,

       Defendant/Cross-Plaintiff,

v.

KRISTINE R. BROTHERTON and LEZLIE L.
MANZER-LOOMIS,

       Defendants/Cross-Defendants.
_____/

Case No. 06-14017

Honorable John Corbett O'Meara

## **ORDER DENYING MOTION FOR RECONSIDERATION**

This matter came before the court on defendants Kristine R. Brotherton and Lezlie L. Manzer-Loomis's July 2, 2008 motion for reconsideration of the court's June 19, 2008 order granting Ruth A. Manzer's motion for default judgment. No response was ordered and no oral argument was heard. L.R. 7.1(g)(2)(E.D. Mich. Dec. 1, 2005).

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a

> palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case the motion for reconsideration merely presents the same issues ruled upon by the court and fails to demonstrate a palpable defect by which the court and the parties have been misled.

### **ORDER**

It is hereby **ORDERED** that the July 2, 2008 motion for reconsideration filed by Kristine Manzer-Brotherton and Lezlie L. Manzer is **DENIED.**

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: July 29, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 29, 2008, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                    Case Manager